Argued and submitted February 19, reversed and remanded March 17, 1993

In the Matter of the Compensation of
Lester M. Gibson, Claimant.
ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Lester M. GIBSON,
*Respondent.*
(WCB 91-02736; CA A75862)

848 P2d 145

Adam T. Stamper and Cowling & Heysell, Medford, filed the brief for petitioner.

J. Michael Casey argued the cause for respondent. With him on the brief was Doblie & Associates, Portland.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).